```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024
```

THOMAS ZUNG,

                Plaintiff,

        - against -

FLAGSTAR BANK, FSB,

                Defendants.

**23 Civ. 10178 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff Thomas Zung filed a Complaint in the above-captioned matter on November 20, 2023. (Dkt. No. 1.) Defendant Flagstar Bank, FSB filed an Answer to the Complaint on January 18, 2024. (Dkt. No. 10.)

    Plaintiff and Defendant are hereby directed to submit a joint letter within twenty (20) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case Management Plan is available on

the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    22 January 2024
          New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.

2