UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Zung,

                Plaintiff,

-against-

Flagstar Bank FSB,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/17/2024

1:23-cv-10178 (KHP) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart D. Aaron on Thursday, May 30, 2024, at 2:00 p.m in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

    The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Thursday, May 23, 2024).

**SO ORDERED.**

Dated:    New York, New York
           April 17, 2024

                                          _____
                                          STEWART D. AARON
                                          United States Magistrate Judge