```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  THOMAS ZUNG,

                              Plaintiff,                            23-CV-10178 (KHP)

       -against-                                                **ORDER**

FLAGSTAR BANK FSB,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties are ordered to file a status letter with the Court concerning the status of discovery and settlement on May 31, 2024.

      **SO ORDERED.**

DATED:     New York, New York
                 May 17, 2024

                                                            _____
                                                            KATHARINE H. PARKER
                                                           United States Magistrate Judge