UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS ZUNG,

    Plaintiff,

-against-

FLAGSTAR BANK, FSB;

    Defendant.

Docket No. 1:23-cv-10178-KHP

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against the Defendant are hereby dismissed with prejudice. Each party to bear its own fees and costs.

Dated: New York, New York
       August 1, 2024

| **KUCKER MARINO WINIARSKY & BITTENS, LLP** | **HINSHAW & CULBERTSON LLP** |
|---|---|
| _____ | /s Han Sheng Beh<br>_____ |
| Robert Moore, Esq.<br>Jill L. Mandell, Esq.<br>747 Third Avenue<br>New York, New York 10017<br>Telephone (212) 869-5030<br>Email: rmoore@kuckermarino.com | Han Sheng Beh, Esq.<br>800 Third Avenue, 13th Floor<br>New York, New York 10022<br>Telephone (212) 471-6200<br>Email: hbeh@hinshawlaw.com |
| *Attorneys for Plaintiff*<br>*Thomas Zung* | *Attorneys for Defendant*<br>*Flagstar Bank, FSB* |

SO ORDERED:

*/s/ Katharine H. Parker*   8/16/2024
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2024

1068950\321938702.v1